CARLTON v. THE STATE.—In error.

Wednesday, November 25.

8 b 208
Case 2
164 654

THE establishment of a road whose width is not defined is void. *White* v. *Conover*, 5 Blackf. 462.